# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BLUE SPRING PARTNERS, LLC

CASE NUMBER: 1:24-cv-01548

V.

ASSIGNED JUDGE: Lindsay C. Jenkins

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO

DESIGNATED MAGISTRATE JUDGE: Beth W. Jantz

TO: (Name and address of Defendant)

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Breana S. Sicley
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, FL 41
San Francisco, CA 94104
bsicley@bsfllp.com
(415) 293-6800

an answer to the complaint which is herewith served upon you, _21_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Vanessa Miller*

(By) DEPUTY CLERK

April 8, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>April 9, 2024 |
| NAME OF SERVER *(PRINT)*<br>Breana S. Sicley | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On April 9, 2024, I sent an email containing a copy of the Summons and other relevant documents to the email addresses provided for the Defendants (as identified on Schedule A to the Complaint) by third parties that included a link to a website containing the aforementioned pleading and related documents.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  April 9, 2024         Breana S. Sicley       Digitally signed by Breana S. Sicley
                *Date*               *Signature of Server*   Date: 2024.04.09 13:55:16 -07'00'

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.