# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BLUE SPRING PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No.: 24-cv-01548<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Beth W. Jantz |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff BLUE SPRING PARTNERS, LLC voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 198 | dongfang-mart | https://www.ebay.com/str/outdoorfactorystore |
| 201 | haim_shop09 (haim_store) | https://www.ebay.com/usr/haim_store |
| 212 | tamiashop8 | https://www.ebay.com/str/sportinggoodsshop |
| 260 | lvjianfeng8655 | https://www.wish.com/merchant/6062a2bc2f8ba328007cddd1 |

Dated: April 10, 2024

Respectfully submitted,

BOIES SCHILLER FLEXNER LLP

By: /s/*Breana S. Sicley*
Breana S. Sicley
44 Montgomery Street, FL 41
San Francisco, CA 94104
Tel: (415) 293-6800
bsicley@bsfllp.com

1

Genesis Shin
2029 Century Park East
Suite 1520
Los Angeles, CA 90067
Tel: 213-995-5719
gshin@bsfllp.com

*Attorneys for Plaintiff*
*BLUE SPRING PARTNERS, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

        /s/ Breana S. Sicley
        Breana S. Sicley