**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BLUE SPRING PARTNERS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,<br><br>    Defendants. | Case No.: 24-cv-01548<br><br>Judge Lindsay C. Jenkins<br><br>Magistrate Judge Beth W. Jantz |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>CERTAIN DEFENDANT</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff BLUE SPRING PARTNERS, LLC voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 47 | XinHongTai | https://www.amazon.com/sp?seller=A3CVC3LK37YPZN |

Dated: April 11, 2024                        Respectfully submitted,

                                            BOIES SCHILLER FLEXNER LLP

                                        By: /s/*Breana S. Sicley*
                                              Breana S. Sicley
                                              44 Montgomery Street, FL 41
                                              San Francisco, CA 94104
                                              Tel: (415) 293-6800
                                              bsicley@bsfllp.com

                                              Genesis Shin
                                              2029 Century Park East
                                              Suite 1520

Los Angeles, CA 90067
Tel: 213-995-5719
gshin@bsfllp.com

*Attorneys for Plaintiff*
*BLUE SPRING PARTNERS, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

                                           /s/ Breana S. Sicley
                                           Breana S. Sicley